**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNITED STATES OF AMERICA,**

     v.                                                                  04-CR-30 (NAM)

**RICHARD G. PATTERSON,**

        **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| APPEARANCES: | OF COUNSEL: |
|---|---|
| RICHARD G. PATTERSON, *pro se*<br>USM 70414004<br>Cayuga County Jail<br>P.O. Box 518<br>Auburn, New York 13021 | |
| ALEXANDER BUNIN<br>Federal Public Defender<br>*Attorney for Defendant*<br>Clinton Exchange, 3rd Floor<br>4 Clinton Street<br>Syracuse, New York  13202 | James F. Greenwald, Esq. |
| GLENN T. SUDDABY<br>United States Attorney<br>Northern District of New York<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York 13261-7198 | Edward R. Broton, Esq.<br>Asst. U.S. Attorney |

NORMAN A. MORDUE, District Judge

## ORDER

Defendant Richard Patterson, *pro se*, who refers to himself as "Richard Graham, family of Patterson," is charged with twelve counts of wire fraud under 18 U.S.C. § 1343 in connection with a fraudulent investment scheme. Defendant has filed a motion to dismiss the indictment for "lack of territorial jurisdiction." *See* 18 U.S.C. § 7 (addressing federal court jurisdiction for

offenses committed outside the boundaries of the United States).  Because the crimes charged in the indictment herein occurred within the United States, specifically in the Northern District of New York, defendant's claim lacks merit.  Based thereupon, defendant's motion to dismiss is hereby DENIED.

    IT IS SO ORDERED.

Dated: April 8, 2005
       Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
U.S. District Judge